**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARLON A. PENTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRYAN BOESING, ) <br> ) <br> Defendant. ) | Case No. 4:25-cv-888-ACL |

## MEMORANDUM AND ORDER

The matter is now before the Court on the motion of Plaintiff Marlon A. Penton to amend/correct the complaint. (ECF No. 20). After reviewing the record and the motion, the Court will deny the motion.

On October 30, 2025, Plaintiff filed this motion stating he wishes to "correct any technicalities" in his complaint. *Id.* at 1. Plaintiff does not state what these technicalities are, nor does he include his proposed amended complaint along with his motion.

"[I]n order to preserve the right to amend the complaint, a party must submit the proposed amendment along with its motion." *Clayton v. White Hall School Dist.*, 778 F.2d 457, 460 (8th Cir. 1985); *see Wolgin v. Simon*, 722 F.2d 389, 395 (8th Cir. 1983) ("Absent some indication as to what might be added to the complaint to make it viable, the [moving party] is not entitled to leave to amend."). Based on this, Plaintiff's motion to amend/correct the complaint will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to amend/correct complaint (ECF No. 20) is **DENIED.**

Dated this 7th day of November, 2025.

*/s/ Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE